# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00037-01-CR-W-DGK |
| | ) | |
| JAIME CRUZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 28, 2026, the Grand Jury returned a one-count Indictment charging Defendant Cruz-Hernandez with illegal re-entry by a deported alien in violation of Title 8, United States Code, Sections 1326(a).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
>Government: Rudolph Robert Rhodes, IV
>>Case Agent: Special Agent Douglas Bemiss, Department of Homeland Security Investigations
>>Paralegal: Bonnie Kaiser
>Defense: Angela Williams
>>Investigator: Kendra Jackson

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
>Government: 5 with stipulations; 7 without stipulations
>Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
>Government: approximately 13 with stipulations; 15 exhibits without stipulations

Defendant: approximately no more than 10 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 1 ½  days total**
Government's case including jury selection: 1  day
Defendant: ½  day

**STIPULATIONS**: None.

**UNUSUAL QUESTIONS OF LAW:**  None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #26):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for April 20, 2026.

Normal jury panel: **Yes**

**Please note:**  The Government requests the second week of the trial docket due to witness unavailability.

**IT IS SO ORDERED.**

 */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge